**EXHIBIT "A"**

| IN RE: | § | Case No. 04-41399-H2-7 |
|---|---|---|
| | § | |
| **ONSITE TECHNOLOGY, LLC,** | § | **(Chapter 7)** |
| | § | |
| **DEBTOR.** | § | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|
| _____ Small Dividends | | | |
| __X__ Unclaimed Dividends | Claim No. 13<br>O'Drill / MCM, Inc.<br>11625 Fairmont<br>Houston, Texas 77035 | Check #5008 | $ 487.48 |
| | Total Unclaimed Dividends | | n/a |
| | Total Small & Unclaimed Dividends | | $ 487.48 |