## EXHIBIT "A"

| | | | |
|---|---|---|---|
| IN RE: | § | **Case No. 04-41399-H2-7** | |
| | § | | |
| **ONSITE TECHNOLOGY, LLC,** | § | **(Chapter 7)** | |
| | § | | |
| **DEBTOR.** | § | | |
| | § | | |

| Name & Address | Claim No. | Check # | Amount |
|---|---|---|---|

_____ Small Dividends


__X__ Unclaimed Dividends         Claim No. 11          Check #5023          $    12.69
First Electric Cooperative
PO Box 5018
Jacksonville, AR 72078-5018


Total Unclaimed Dividends                                              n/a

Total Small & Unclaimed Dividends                        $    12.69